IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Keith A. Smyth, | ) | C/A No. 0:14-2064-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Neal Urch; William Church, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, proceeding *pro se*, is a pretrial detainee at the Spartanburg County Detention Center. Plaintiff filed a complaint pursuant to 42 U.S.C. § 1983 alleging a violation of his constitutional rights. ECF No. 1. By orders issued on June 3, 2014 and July 14, 2014, Plaintiff was given opportunities to provide the service documents necessary to bring the case into proper form for evaluation and possible service of process. ECF Nos. 10, 20. Plaintiff was warned that failure to provide the necessary information within the timetable set forth in the orders would subject the case to dismissal. The time to bring this case into proper form has now lapsed and Plaintiff has failed to prosecute this case or comply with the proper form orders. Therefore, this case is **dismissed** *without prejudice* pursuant to Rule 41 of the Federal Rules of Civil Procedure. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

s/R. Bryan Harwell
R. Bryan Harwell
United States District Judge

August 18, 2014
Florence, South Carolina