AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Keith A. Smyth, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    0:14-cv-02064-RBH-PJG |
| Neal Urch and William Church, | ) | |
| *Defendants* | ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Keith A. Smyth, shall take nothing of the defendants, Neal Urch and William Church, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

❐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding, dismissing the action without prejudice.

Date:   August 19, 2014                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                            s/G. Mills
                                                                            *Signature of Clerk or Deputy Clerk*